83,981-01

To Whom it may Concern;

May I Please have the Name of my Attorney represcenting me on this Case. Do I have a court date?

Sincerly,
Anna M. Gutierrez

my Name,
Anna Gutierrez
2893 State Hwy 6
Marlin, Tx 76661

Tr. Ct. No. 08-01-00886-CR(1)
WR- 83,981-01

This document contains some pages that are of poor quality at the time of imaging.

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 19 2015
Abel Acosta, Clerk